IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Oregon Natural Desert Associa-  )
tion, et al                     )
      Plaintiffs,            )
                             )    Civil No. 00-687HA
   v.                          )
                             )    ORDER OF DISMISSAL
Secretary of Interior, et al    )
                             )
      Defendant,             )
and                             )
                             )
Oregon Cattlemen's Associa-     )
tion, and Public Lands Council  )
      Intervenors-Defendant  )
_____ )

    IT IS ORDERED AND ADJUDGED that Plaintiffs' Second Claim in their Second Amended Complaint is dismissed with prejudice.

    IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff's First Claim in their Second Amended Complaint is dismissed without prejudice.

    Dated this _____ day of April, 2001.

                                            _____
                                             ANCER L. HAGGERTY
                                             U.S. DISTRICT JUDGE