```
Docket as of December 18, 2000 7:17 pm                    Page 1

Proceedings include all events.
3:00cv687 OR Natural Desert, et al v. Babbitt, et al

                      U.S. District Court
   U.S. District Court for the District of Oregon (Portland)

              CIVIL DOCKET FOR CASE #: 00-CV-687

OR Natural Desert, et al v. Babbitt, et al           Filed: 05/22/00
Assigned to: Honorable Ancer L Haggerty
Demand: $0,000                          Nature of Suit: 890
Lead Docket: None                       Jurisdiction: US Defendant
Dkt# in other court: None

Cause: 05:551 Administrative Procedure Act


    OREGON NATURAL DESERT         Stephanie M Parent
    ASSOCIATION                   503-768-6736
         Plaintiff                [COR LD NTC]
                                  Pacific Environmental Advocacy
                                  Center
                                  10015 SW Terwilliger Blvd
                                  Portland, OR 97219-7799
                                  (503) 768-6707
                                  FTS 768-6671

                                  Jack K Sterne, Jr
                                  [COR]
                                  106 F Street
                                  Anchorage, AK 99501
                                  907-276-4244
                                  FTS 276-7110


    IDAHO WATERSHEDS PROJECT      Stephanie M Parent
         Plaintiff                (See above)
                                  [COR LD NTC]

                                  Jack K Sterne, Jr
                                  (See above)
                                  [COR]


    CENTER FOR BIOLOGICAL         Stephanie M Parent
    DIVERSITY                     (See above)
         Plaintiff                [COR LD NTC]

                                  Jack K Sterne, Jr
                                  (See above)
                                  [COR]


    COMMITTEE FOR IDAHO'S HIGH    Stephanie M Parent
    DESERT                        (See above)
         Plaintiff                [COR LD NTC]
```

```
Docket as of December 18, 2000 7:17 pm                    Page 2

Proceedings include all events.
3:00cv687 OR Natural Desert, et al v. Babbitt, et al


                                    Jack K Sterne, Jr
                                    (See above)
                                    [COR]

FOREST GUARDIANS                    Stephanie M Parent
     Plaintiff                      (See above)
                                    [COR LD NTC]

                                    Jack K Sterne, Jr
                                    (See above)
                                    [COR]

HELLS CANYON PRESERVATION           Stephanie M Parent
COUNCIL                             (See above)
     Plaintiff                      [COR LD NTC]

                                    Jack K Sterne, Jr
                                    (See above)
                                    [COR]

OREGON NATURAL RESOURCES            Stephanie M Parent
COUNCIL                             (See above)
     Plaintiff                      [COR LD NTC]

                                    Jack K Sterne, Jr
                                    (See above)
                                    [COR]

AMERICAN LANDS ALLIANCE             Stephanie M Parent
     Plaintiff                      (See above)
                                    [COR LD NTC]

                                    Jack K Sterne, Jr
                                    (See above)
                                    [COR]

OREGON WILDLIFE FEDERATION          Stephanie M Parent
     Plaintiff                      (See above)
                                    [COR LD NTC]

                                    Ruth Ann Storey
                                    202-305-0493
                                    [COR LD NTC]
                                    US Dept of Justice
                                    Environment & Natural Resources
                                    Division
                                    601 Pennsylvania Avenue, NW
                                    PO Box 663
```

```
Docket as of December 18, 2000 7:17 pm                    Page 3

Proceedings include all events.
3:00cv687 OR Natural Desert, et al v. Babbitt, et al

                                  Washington DC,   20044-0663
                                  (202) 305-0448
                                  FTS 305-0506

                                  Jack K Sterne, Jr
                                  (See above)
                                  [COR]


OREGON CATTLEMEN'S ASSOCIATION    Scott W Horngren
     Intervenor                   [COR LD NTC]
                                  Haglund Kirtley Kelley &
                                  Horngren LLP
                                  101 SW Main
                                  Suite 1800
                                  Portland, OR 97204
                                  503-225-0777
                                  FTS 225-1257

                                  Karen J Budd-Falen
                                  [COR]
                                  Budd-Falen Law Offices
                                  623 West 20th Street
                                  P O Box 346
                                  Cheyenne, WY 82003
                                  307-632-5105


PUBLIC LANDS COUNCIL              Scott W Horngren
     Intervenor                   (See above)
                                  [COR LD NTC]

                                  Karen J Budd-Falen
                                  (See above)
                                  [COR]



    v.


BRUCE BABBITT, Secretary of
the Interior
     Defendant


SECRETARY OF THE DEPARTMENT OF    Ruth Ann Storey
THE INTERIOR                      202-305-0493
     Defendant                    [COR LD NTC]
                                  US Dept of Justice
                                  Environment & Natural Resources
                                  Division
                                  601 Pennsylvania Avenue, NW
                                  PO Box 663
                                  Washington DC,   20044-0663
```

```
Docket as of December 18, 2000 7:17 pm                Page 4

Proceedings include all events.
3:00cv687 OR Natural Desert, et al v. Babbitt, et al

                                       (202) 305-0448
                                       FTS 305-0506


BUREAU OF LAND MANAGEMENT,             Ruth Ann Storey
Agency of the US Department of         (See above)
the Interior                           [COR LD NTC]
      Defendant
```

```
Docket as of December 18, 2000 7:17 pm                    Page 5

Proceedings include all events.
3:00cv687 OR Natural Desert, et al v. Babbitt, et al

 5/22/00   1       COMPLAINT (Cause Code: 05:0551 ) ( Receipt # 430462)
                   summons issued to Janet Reno, Bruce Babbitt & US Attorney
                   (tely)

 5/22/00   2       CERTIFICATE OF SERVICE of complaint [1-1] by Plaintiffs
                   (tely)

 5/22/00   3       DISCOVERY ORDER AND ORDER REQUIRING JOINT STATUS REPORT
                   discovery due 9/19/00 Joint status report due 9/19/00
                   pretrial order due 10/19/00 (tely)

 6/8/00    4       MOTION  by Plaintiffs TO WAIVE SPECIAL ADMISSIONS FEE FOR
                   PRO HAC VICE OF JACK K STERNE (tely)

 6/8/00    5       MOTION  by Plaintiff FOR ATTORNEY JACK K STERNE TO APPEAR
                   PRO HAC VICE (submitted as application) (tely)

 6/8/00    6       CERTIFICATE OF SERVICE of MOTION FOR ATTORNEY JACK K STERNE
                   TO APPEAR PRO HAC VICE [5-1], MOTION TO WAIVE SPECIAL
                   ADMISSIONS FEE FOR PRO HAC VICE OF JACK K STERNE [4-1] by
                   Plaintiffs (tely)

 6/8/00    7        AMENDED COMPLAINT [1-1] by Plaintiffs (tely)
                   [Edit date 10/18/00]

 6/22/00   8       RETURN OF SERVICE EXECUTED  SERVICE BY MAIL upon Defendants
                   Bruce Babbitt, Dept of Interior,  BLM thru US Attorney  on
                   5/23/00 (tely)

 6/22/00   9       RETURN OF SERVICE EXECUTED  SERVICE BY MAIL upon Defendant
                   Bruce Babbitt  on 6/21/00  Federal defendant answer due
                   8/21/00 (tely)

 6/22/00   10      RETURN OF SERVICE EXECUTED  SERVICE BY MAIL upon Defendants
                   Bruce Babbitt, Dept of Interior &  BLM thru Janet Reno  on
                   6/21/00 (tely)

 7/18/00   11      APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE by  attorney
                   JACK STERNE;  Local Counsel: STEPHANIE PARENT representing
                   Plaintiffs ; Fee paid, receipt # WAIVED; Approved 7/18/00
                   by Honorable Ancer L. Haggerty (counsel notified) (tely)

 7/21/00   12      MOTION  by Plaintiffs FOR LEAVE TO FILE 2ND AMENDED
                   COMPLAINT (tely)

 7/21/00   13      FIRST AMENDED COMPLAINT [7-1] filed  by Plaintiffs (tely)
                   [Edit date 10/18/00]

 7/26/00   14      ORDER  by Honorable Ancer L. Haggerty  GRANTING Plaintiff's
                   MOTION FOR LEAVE TO FILE 2ND AMENDED COMPLAINT [12-1].
```

```
                    Defendants shall respond within 10 days after service of
                    the amended pleading Signed 7/26/00 (counsel notified) (tely)




Docket as of December 18, 2000 7:17 pm                    Page 6

Proceedings include all events.
3:00cv687 OR Natural Desert, et al v. Babbitt, et al

 7/28/00   15       MOTION  by Intervenors Oregon Cattlemen's Association &
                    Public Lands Council TO INTERVENE (tely)

 7/28/00   16       MEMORANDUM IN SUPPORT by OR Cattlement's Asso, Public Lands
                    Council of MOTION TO INTERVENE [15-1] (tely)

 7/28/00   17       NOTICE of filing declarations & affidavits by facsimile of
                    Obermiller, Campbell, O'Keefe & Hays filed by Intervenors
                    (tely)

 8/1/00    18       ORIGINAL AFFIDAVIT  by Intervenor of Frederick W Obermiller
                    in support of Oregon Cattlemen's Association & Public Lands
                    Council proposed answer of proposed intervenors re: MOTION
                    TO INTERVENE [15-1] (tely)

 8/4/00    19       MOTION  by Defendants TO EXTEND TIME TO ANSWER PLAINTIFF'S
                    COMPLAINT TO 8/11/00 (tely)

 8/7/00    20       ORDER  by Honorable Ancer L. Haggerty  GRANTING Federal
                    Defendants  MOTION TO EXTEND TIME TO ANSWER PLAINTIFF'S
                    COMPLAINT TO 8/11/00 [19-1]  Signed 8/7/00 (counsel
                    notified) (tely) [Entry date 08/08/00]

 8/10/00   21       MEMORANDUM by Plaintiff IN OPPOSITION  to Intervenors'
                    MOTION TO INTERVENE [15-1] Reply due 8/24/00 (tely)

 8/11/00   22       ANSWER  by Defendants Bruce Babbitt, Dept of Interior, BLM
                    to 2nd amended complaint [13-1] (tely)

 8/11/00   23       RESPONSE by Defendants to Intervenors MOTION TO INTERVENE
                    [15-1] Reply due 8/25/00 (tely)

 8/23/00   24       REPLY TO Plaintiffs' RESPONSE by Defendant Intervenors re
                    MOTION TO INTERVENE [15-1] (tely) [Entry date 08/24/00]

 8/23/00   25       SUBSTITUTION of Attorney Scott W Horngren replacing
                    attorney Brad J Harper for Public Lands Council  & OR
                    Cattlement's Asso (tely) [Entry date 08/24/00]

 9/19/00   26       JOINT MOTION by PatiesTO EXTEND DISCOVERY, JOINT STATUS
                    REPORT DEADLINES (tely)

 9/21/00   27       RECORD OF ORDER  by Honorable Ancer L. Haggerty GRANTING
                    joint MOTION TO EXTEND DISCOVERY, JOINT STATUS REPORT
                    DEADLINES [26-1].  Discovery ddl set for 10/19/00 ;Joint
                    Status Report set for 10/19/00  (counsel notified) Court
                    Rptr none (tely) [Entry date 09/22/00]
```

```
10/18/00  28       MOTION  by Plaintiffs FOR LEAVE TO FILE 2ND AMENDED
                   COMPLAINT (tely)

10/18/00  29       2ND AMENDED COMPLAINT [13-1] by Plaintiffs (tely)

10/19/00  30       JOINT STATUS REPORT filed by the Parties (tely)
```

Docket as of December 18, 2000 7:17 pm                    Page 7

Proceedings include all events.
3:00cv687 OR Natural Desert, et al v. Babbitt, et al

```
10/30/00  31       MOTION  by Intervenor TO EXPEDITE REVIEW OF PROPOSED
                   INTERVENORS MOTION FOR LEAVE TO INTERVENE (tely)

11/1/00   32       RECORD OF ORDER  by Honorable Ancer L. Haggerty  Plaintiff
                   shall file its motion for summary judgment 20 days after
                   the Court enters its ruling on Plaintiff's motion to file
                   2nd Amended Complaint. Defendant shall have 20 days to file
                   its response to Plaintiff's motion for summary judgment & a
                   cross motion for summary judgment; Plaintiff shall have 20
                   days thereafter to file its reply to Plaintiffs motion for
                   summary judgment & opposition to Defendants motion for
                   summary judgment; Defendant shall have 14 days to file a
                   reply. (counsel notified)  Court Rptr none (tely)
                   [Entry date 11/02/00]

11/3/00   33       ORDER  by Honorable Ancer L. Haggerty  GRANTING Intervenors
                   Oregon Cattlemen's Association & Public Lands Council's
                   MOTION TO INTERVENE [15-1]. The Court deems Intervenors
                   Motion TO EXPEDITE REVIEW OF PROPOSED INTERVENORS MOTION
                   FOR LEAVE TO INTERVENE [31-1] is Denied as  MOOT Signed
                   11/3/00 (counsel notified) (tely) [Entry date 11/06/00]

11/3/00   34       RECORD OF ORDER  by Honorable Ancer L. Haggerty GRANTING
                   Plaintiffs MOTION FOR LEAVE TO FILE 2ND AMENDED COMPLAINT
                   [28-1] . Plaintiffs Motion for Summary Judgment shall be
                   filed by  11/24/00; Response to dispositive motions due
                   12/15/00; Reply to response due 1/5/01 (counsel notified)
                   Court Rptr none (tely) [Entry date 11/06/00]

11/6/00   35       ANSWER  to complaint  by Intervenors Oregon Cattlemen's
                   Association & Public Lands Council [29-1] (tely)

11/6/00   36       RESPONSE by Plaintiffs to [15-1] Proposed Intervenor's
                   MOTION TO INTERVENE (tely)

11/21/00  37       2nd AMENDED COMPLAINT [29-1] by Plaintiffs' (tely)

11/21/00  38       CERTIFICATE OF SERVICE of complaint [37-1] by Plaintiffs
                   (tely)

11/24/00  39       MOTION  by Plaintiffs FOR SUMMARY JUDGMENT (tely)
                   [Entry date 11/27/00]

11/24/00  40       MEMORANDUM IN SUPPORT by Plaintiffs of MOTION FOR SUMMARY
                   JUDGMENT [39-1] (tely) [Entry date 11/27/00]
```

```
11/24/00  41       CONCISE STATEMENT OF MATERIAL FACTS by Plaintiffs in
                   support of MOTION FOR SUMMARY JUDGMT [39-1] (tely)
                   [Entry date 11/27/00]

11/24/00  42       DECLARATION by Plaintiffs  of Stephanie M Parent re MOTION
                   FOR SUMMARY JUDGMT [39-1] (tely) [Entry date 11/27/00]
```

Docket as of December 18, 2000 7:17 pm                    Page 8

Proceedings include all events.
3:00cv687 OR Natural Desert, et al v. Babbitt, et al

```
11/24/00  43       DECLARATION by Plaintiffs  of Bill Marlett re MOTION FOR
                   SUMMARY JUDGMT [39-1] (tely) [Entry date 11/27/00]

11/24/00  44       DECLARATION by Plaintiffs  of Richard K Bailey re MOTION
                   FOR SUMMARY JUDGMT [39-1] (tely) [Entry date 11/27/00]

11/24/00  45       DECLARATION by Plaintiffs  of Doug Heiken re MOTION FOR
                   SUMMARY JUDGMT [39-1] (tely) [Entry date 11/27/00]

11/24/00  46       DECLARATION by Plaintiffs  of Mark N Salvo re MOTION FOR
                   SUMMARY JUDGMT [39-1] (tely) [Entry date 11/27/00]

11/24/00  47       DECLARATION by Plaintiffs  of Jonathan Marvel re MOTION FOR
                   SUMMARY JUDGMT [39-1] (tely) [Entry date 11/27/00]

11/24/00  48       CERTIFICATE OF SERVICE of declaration [47-1], declaration
                   [46-1], declaration [45-1], declaration [44-1], declaration
                   [43-1], declaration [42-1], statement [41-1], memorandum
                   [40-1], MOTION FOR SUMMARY JUDGMT [39-1] by Plaintiffs
                   (tely) [Entry date 11/27/00]

12/4/00   49       AMENDED ANSWER by Defendants Bruce Babbitt, Dept of
                   Interior, BLM [22-1] (tely)

12/4/00   50       SUBSTITUTION of Attorney Ruth Ann Storey replacing attorney
                   Geoffrey Garver for BLM, Dept of Interior & for Bruce
                   Babbitt (tely)

12/12/00  51       MOTION  by Intervenor  TO EXTEND TIME TO FILE RESPONSE TO
                   PLAINTIFFS' MOTION FOR SUMMARY JUDGMT [39-1] (tely)

12/15/00  52       MOTION  by Defendants  TO EXTEND TIME TO 12/22/00 TO FILE
                   RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMT [39-1]
                   (tely)

12/15/00  53       MOTION  by Intervenors FOR SUMMARY JUDGMT (tely)

12/15/00  54       MEMORANDUM IN SUPPORT by Intervenors of MOTION FOR SUMMARY
                   JUDGMT [53-1] (tely)

12/15/00  54       MEMORANDUM by Intervenor IN OPPOSITION to Plaintiffs MOTION
                   FOR SUMMARY JUDGMT [39-1] Reply due 12/29/00 (tely)

12/15/00  55       CONCISE STATEMENT OF MATERIAL FACTS by Intervenor in
```

```
                    support of Intervenor's MOTION FOR SUMMARY JUDGMENT [53-1]
                    & in response to Plaintiffs statement of facts regarding
                    their MOTION FOR SUMMARY JUDGMENT [39-1] (tely)

12/15/00   56       CERTIFICATE OF SERVICE of statement [55-1], memorandum
                    [54-1], memorandum [54-1], MOTION FOR SUMMARY JUDGMENT
                    [53-1] by Intervenor (tely)




Docket as of December 18, 2000 7:17 pm                    Page 9

Proceedings include all events.
3:00cv687 OR Natural Desert, et al v. Babbitt, et al

12/15/00   57       RECORD OF ORDER  by Honorable Ancer L. Haggerty GRANTING
                    Defendants MOTION  TO EXTEND TIME TO 12/22/00 TO FILE
                    RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT [39-1]
                    [51-1]  (counsel notified)  Court Rptr none (tely)
                    [Entry date 12/18/00]

[END OF DOCKET: 3:00cv687]
```